IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

CHRISTOPHER STURGIS,           *
                               *
          Plaintiff,           *
                               *
     v.                        *          CV 113-110
                               *
CAROLYN W. COLVIN,             *
Acting Commissioner of Social  *
Security Administration,       *
                               *
          Defendant.           *

_____

**O R D E R**

_____

Presently pending before the Court is the Commissioner's unopposed motion for entry of judgment and remand. (Doc. no. 13.) On June 27, 2013, Plaintiff filed suit in this Court seeking review of a decision of the Commissioner that denied his application for disability benefits. (Doc. no. 1.) The Commissioner has now indicated that the appropriate action in this case should be the reversal of its decision and the remand of the case for further proceedings.

Under sentence four of 42 U.S.C. § 405(g), the Court has the power "to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for rehearing." Therefore, pursuant to this provision and upon due consideration, the Commissioner's motion

(doc. no. 13) is **GRANTED**. The Commissioner's decision is **REVERSED** pursuant to sentence four of 42 U.S.C. § 405(g), and this action is **REMANDED** to the Commissioner for further proceedings. The Clerk is **DIRECTED** to enter judgment in favor of Plaintiff, and **CLOSE** this case.

ORDER ENTERED at Augusta, Georgia this 9th day of December, 2013.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA